IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Bounce Curl, LLC <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified in Schedule "A", <br><br> Defendants. | Case No.: 24-cv-6575 <br><br> Judge: Hon. Franklin U. Valderrama <br><br> Magistrate: Hon. Jeannice W. Appenteng |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **with prejudice** any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 116 | agionolihabstore/Agion Olihab Store/omerag123 | agionolihabstore |
| 139 | gordon_li | gordonliviewprofile |
| 145 | helen1973 | helen1973 |
| 148 | isabella_ala/songha_4 | isabella_ala |
| 149 | jaques_wang | jaques_wang |
| 172 | pure3191 | pure3191 |
| 175 | shakeadu0/Noga Goods | shakeadu0 |
| 190 | wolfscrown | wolfscrown |
| 203 | zjkduwsa-56 | zjkduwsa-56 |

Dated: September 23, 2024

Respectfully submitted,

By: /s/ Kevin Keener
Kevin Keener
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601

(312) 945-8540
Kevin.keener@keenerlegal.com