IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bounce Curl, LLC <br><br> Plaintiff, <br> v. <br><br> The Partnerships and Unincorporated Associations Identified in Schedule "A", <br><br> Defendants. | Case No.: 24-cv-6575 <br><br> Judge: Hon. Franklin U. Valderrama <br><br> Magistrate: Hon. Jeannice W. Appenteng |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notifies this Court that the Plaintiff voluntarily dismisses **with prejudice** any and all claims against the following defendants:

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 1 | 5STARSTORE | A2RPV8ZXAJ02VB |
| 54 | LUFUBAFANG | A1GMNZKFN4QT9V |
| 107 | zhuzhoushiyanfenglingmaoyiyouxiangongsi | A3UL147AHNAZAR |

Dated: September 27, 2024

Respectfully submitted,

By: /s/ Kevin Keener
Kevin Keener
ARDC # 6305871
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 945-8540
Kevin.keener@keenerlegal.com