IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bounce Curl, LLC, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>The Partnerships and Unincorporated Associations Identified in Schedule "A", <br><br>　　　　Defendants. | Case No.: 24-cv-6575 <br><br>Judge: Hon. Georgia N. Alexakis <br><br>Magistrate: Hon. Jeannice W. Appenteng |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 24, 2024 [DOCKET #76], in favor of Bounce Curl, LLC, ("Bounce Curl" or "Plaintiff") and against the Defaulting Defendants in specific amounts per each Defaulting Defendant for willful infringement of Bounce Curl's Asserted Patents and Asserted Copyrights in connection with the offer for sale and/or sale of products, and Bounce Curl acknowledges receipt of damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Doe | Merchant Name | Merchant number |
|---|---|---|
| 84 | WOHSEROM-US | A31RL4CV7QC8UU |
| 91 | xinghanyuan | A2X9N0Z4NTN59J |
| 93 | YAINTO Trading Co., Ltd | AJJKELFO84XI8 |
| 125 | brightakeshop/brightake-shop | 1171527661 |
| 140 | grafferv3f/graffer*v3f | 2302159671 |
| 218 | FOSHAN BOFEI | 70343275703 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this <u>November 1, 2024</u>                                  Respectfully submitted,

By:<u>     /s/   Kevin Keener     </u>
Kevin J. Keener ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 323-2164
kevin.keener@keenerlegal.com